

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-27-2014

# In Re: Mel M. Marin

Precedential or Non-Precedential: Non-Precedential

Docket No. 14-2103

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Mel M. Marin" (2014). *2014 Decisions.* Paper 521.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/521

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-2103
_____

IN RE:  MEL M. MARIN,
                                                 Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 1-14-cv-00669)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 13, 2014

Before:  AMBRO, FISHER and GARTH, Circuit Judges

(Opinion filed: May 14, 2014)

_____

ORDER AMENDING OPINION
_____

        The opinion entered May 14, 2014 is hereby amended to include the submit date
of May 13, 2014.


For the Court,

s/Marcia M. Waldron
Clerk

Dated: May 27, 2014